

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Hector Dominguez, | | |
| | § | No. 08-17-00118-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 210th District Court |
| Marvin Dominguez, | | |
| | § | of El Paso County, Texas |
| Appellee. | | |
| | § | (TC# 2014-DCV0981) |
| | | |
| | § | |

**O R D E R**

Pending before the Court is Mr. Aldo Lopez's motion to withdraw as counsel for Appellant, Hector Dominguez. The motion to withdraw as counsel is GRANTED. It is further ORDERED that if Appellant, Hector Dominguez, retains new counsel, he must immediately notify the Court. The Appellate Record and Briefs for this appeal have been filed, but a submission date has not yet been determined. The parties will be provided with advanced notice of the setting. SEE TEX.R.APP.P. 39.8.

IT IS SO ORDERED this 7th day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.